IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.  Case No. SA:16-CR-00365(1)OLG

THEODORE EDWARD DEAUBREY

DEFENDANT

**DEFENDANT THEODORE EDWARD DEAUBREY'S
MOTION TO CONTINUE SENTENCING**

TO THE HONORABLE DISTRICT JUDGE ORLANDO L. GARCIA:

The Defendant in the above styled and numbered cause, THEODORE E. DE AUBREY respectfully moves the Court for an order continuing the Sentencing Hearing of this matter for an additional sixty (60) days. In support of this motion, THEODORE E. DE AUBREY would show the Court as follows:

**I**.

Defendant's Sentencing Hearing is currently scheduled for **Thursday, March 23, 2017**. Counsel for Defendant is continuing to gather mitigating evidence in this cause. Undersigned counsel is requesting this continuance so that he may bring as much mitigating information to the Court's attention as possible.

**II.**

Counsel for Defendant attempted to confer with Assistant United States Attorney Tracy Thompson however she is out of town.

**III.**

This motion to continue is not made for purposes of delay, but that justice may be done.

THEODORE E. DE AUBREY prays that the Court enter an order setting this cause for a future date that this Court may deem appropriate.

                                            Respectfully submitted,

                                            THE LOCKE LAW GROUP, P.L.L.C.
                                            1008 S. Alamo Street
                                            San Antonio, Texas 78210
                                            Ph: 210-229-8300
                                            Fax: 210-229-8301


                                            By: Shannon W. Locke //S//
                                            SHANNON W. LOCKE
                                            State Bar No. 24048623
                                            shannon@thelockelawgroup.com

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the Defendant THEODORE E. DE AUBREY's Motion was e-filed to the Assistant United States Attorney on March 15, 2017.


                                            Shannon W. Locke //S//
                                            SHANNON W. LOCKE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

V.                                          Case No. SA:16-CR-00365(1)OLG

THEODORE E. DE AUBREY

    DEFENDANT

**ORDER ON DEFENDANT THEODORE E. DE AUBREY's
MOTION TO CONTINUE SENTENCING**

Defendant THEODORE E. DE AUBREY's Motion to Continue Sentencing is hereby:

_____          GRANTED

_____          DENIED


Signed on this the _____ day of _____, 2017.


_____
ORLANDO L. GARCIA
United States District Judge