IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.   Case No. SA:16-CR-00365(1)OLG

THEODORE EDWARD DEAUBREY

DEFENDANT

**DEFENDANT THEODORE EDWARD DEAUBREY'S
UNOPPOSED MOTION TO CONTINUE SENTENCING**

TO THE HONORABLE DISTRICT JUDGE ORLANDO L. GARCIA:

The Defendant in the above styled and numbered cause, THEODORE E. DE AUBREY respectfully moves the Court for an order continuing the Sentencing Hearing of this matter for an additional thirty (30) days. In support of this motion, THEODORE E. DE AUBREY would show the Court as follows:

**I.**

Defendant's Sentencing Hearing is currently scheduled for **Thursday, August 17, 2017**. Counsel for Defendant will start Jury Trial on a 1st degree felony, in the matter of the ***State of Texas v. Juan G. Rodriguez***, Cause No. 2017-CR-4740, in the Impact Court, Bexar County, Texas. Counsel anticipates for Jury Trial to last approximately five (5) days. In addition, Counsel for Defendant is continuing to gather mitigating evidence in this cause.

**II.**

Counsel for Defendant has conferred with Assistant United States Attorney Tracy Thompson and she is not opposed to our request.

**III.**

This motion to continue is not made for purposes of delay, but that justice may be done.

THEODORE E. DE AUBREY prays that the Court enter an order setting this cause for a future date that this Court may deem appropriate.

Respectfully submitted,

THE LOCKE LAW GROUP, P.L.L.C.
1008 S. Alamo Street
San Antonio, Texas 78210
Ph: 210-229-8300
Fax: 210-229-8301


By: Shannon W. Locke //S//
SHANNON W. LOCKE
State Bar No. 24048623
shannon@thelockelawgroup.com

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant THEODORE E. DE AUBREY's Motion was e-filed to the Assistant United States Attorney on August 11, 2017.


Shannon W. Locke //S//
SHANNON W. LOCKE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

V.  Case No. SA:16-CR-00365(1)OLG

THEODORE E. DE AUBREY

DEFENDANT

**ORDER ON DEFENDANT THEODORE E. DE AUBREY's
UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant THEODORE E. DE AUBREY's Unopposed Motion to Continue Sentencing is hereby:

_____  GRANTED

_____  DENIED

Signed on this the \_\_\_\_\_ day of _____, 2017.

_____
ORLANDO L. GARCIA
United States District Judge